# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:08-CR-324** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **LESLIE E. STRONG** | : | |

## PRELIMINARY ORDER OF FORFEITURE

IT IS HEREBY ORDERED THAT:

1. As a result of the guilty plea to the Indictment entered by defendant Leslie E. Strong in which the Government sought forfeiture pursuant to 18 U.S.C. § 982, the defendant shall forfeit to the United States the following:

   a) All property involved in or traceable to offences involving 18 U.S.C. §§ 1343 and 1956.

   b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained directly or indirectly, as a result of such violations involving such offences; and

   c) Any property, real or personal, used or intended to be used in any manner or part to commit or facilitate the commission of the offences involving 18 U.S.C. §§ 1343 and 1956.

2. The Court has determined, based upon the defendant's guilty plea, that the following property is subject to forfeiture and that the government has established the requisite nexus between such property and such offenses:

a) the sum of $3,000.000, which represents the sum total of all monies involved in the Launder of Monetary Instruments 18 U.S.C. § 1956(a), offenses set forth in Counts 13-17 of the Indictment;

b) all real estate, including all buildings and property, located at 20420 North Greenville Road, White Plains, Kentucky; and

c) all real estate, including all buildings and property, located at 100 South Highland Street, Creve Coeur, Illinois.

3. After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

4. The United States shall have clear title to the subject property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(1) for the filing of third party petitions.

5. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(1), in which all interests will be addressed.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

7. The Clerk of Court shall forward four certified copies of this order to Assistant U.S. Attorney Amy C. Phillips, U.S. Attorney's Office, Middle District of Pennsylvania.

SO ORDERED this 15th day of January, 2009.

                                                       S/ Christopher C. Conner
                                                       CHRISTOPHER C. CONNER
                                                       United States District Judge